5-26-2016

Dear

Judge Tiscione

My name is Robert Maldonado, My case number - 1:15-CV-0244-WFK-Ref. My Lawyers decided to withdraw my case. Judge Ramone Reyes gave me 60 Days to find another Lawyer. I am going to need more time to find a Lawyer so please can I have more time.

Sincerely Yours
Robert Maldonado



2007 Ave apt 25
Bklyn NY 11234
Robert Maldonado

Magistrate Ticione
225 Cadman Plaza East
Bklyn NY. 11201
ATT: Pro-se

NEW YORK NY 100
25 MAY 2016 PM 8 L

USPS

11201-183299