

Dec 26 2016

Honorable Steven L Tiscione
United States Magistrate Judge
United States District Court
Eastern District Court
225 Cadman plaza East
Brooklyn N.Y 11201



Robert Maldonado v. P.O Ansari kalil et al.
15CV-02644(WFK)(ST)

R.E-Honor

I am writing this letter in opposition to her motion to compell. All of her police officers involved in my arrest on Oct. 25 2016 Diana pichardo, Jermaine Taylor, Ansari Kalib all have been sued in their venue. These police officers have conducted unlawfull actions in the past before my arrest. I am opposing her motion to compell. I am the person whose constitional rights were violated on Oct 25 2016. I am sending a coutesy copy to Mrs Joanne Mclaren who is the representation for defendants.

CC JoAnVie Mclaren    Very truly yours
Robert Maldonado