ORIGINAL

RD 2/3/2020

Dear                                           1-31-2020

Judge Tiscione

15-CV-02644 (WFK)(ST)

I would like to schedule another conference because I recieved mail from JoANNe McLauren on Jan. 30 in the Afternoon. with no heads up information from JoaNNe. Mrs Mclauren has not been honest with the courts I spoke with Mrs Mclauren several times From pay phones and phones of my friends I now don't have a landline phone or cell phone but I have a mail box which JoANNe which Mrs Mclauren rarely uses not Fair I spoke with Mrs Lauren on 1-31-2020

Sincerely Yours
Robert Maldonado

CC JoANNe Mclaren

RECEIVED JAN 31 2020 PRO SE OFFICE